UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA SCHILLER-WREN,

    Plaintiff,

v.

                                    Case No. 24-cv-12523
                                    Hon. Matthew F. Leitman

HOMETOWN PHARMACY, INC.,

    Defendant.
_____/

## ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL DAMAGES CALCULATION AND FOR SANCTIONS (ECF No. 23) AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DETERMINE REASONABLE EXPERT FEE (ECF No. 12)

On February 3, 2026, the Court held a status conference in which it discussed with counsel for both parties (1) Defendant's Motion to Compel Damages Calculation and for Sanctions (ECF No. 23) and (2) Defendant's Motion to Determine Reasonable Expert Fee (ECF No. 12). For the reasons stated on the record, the motions are determined as follows:

(1) Defendant's Motion to Compel Damages Calculation and for Sanctions (ECF No. 23) is **GRANTED IN PART** and **DENIED IN PART** as follows. Plaintiff shall provide updated future lost wages calculations, as discussed on the record. Defendant shall have an opportunity to conduct discovery into all supplemental damages calculations that have been provided, if Defendant

1

deems such discovery necessary.  The Court declines to award sanctions and declines to preclude Plaintiff from seeking damages at trial.

(2) Defendant's Motion to Determine Reasonable Expert Fee (ECF No. 12) is **GRANTED IN PART** and **DENIED IN PART** as follows.  The expert fee for Dr. Hani J. Khella shall be reduced from $5,500 to $2,500.  Plaintiff's counsel shall make arrangements to have the difference refunded to Defendant's counsel.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  February 3, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126