UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA SCHILLER-WREN,

       Plaintiff,

v.

HOMETOWN PHARMACY, INC.,

       Defendant.

Case No. 24-cv-12523
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 15) AND (2) GRANTING DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S EXPERTS (ECF No. 16)

On June 11, 2026, the Court held a hearing on the two pending motions in this case: (1) Defendant's Motion for Summary Judgment (ECF No. 15) and (2) Defendant's Motion to Exclude Plaintiff's Experts (ECF No. 16).

For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED IN PART** and **DENIED IN PART**.  It is **DENIED** to the extent that it seeks summary judgment on Plaintiff's claims of discrimination on a "regarded as" theory of disability discrimination.  It is **GRANTED** in all other respects.  The only claims that will proceed to trial in this case are the Plaintiff's federal and state claims operating under the theory that Defendant "regarded" her as

1

having a disability and then unlawfully discriminated against her.  Summary

judgment is granted to the Defendant on all other claims.

(2)  Defendant's Motion to Exclude Plaintiff's Experts is **GRANTED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 11, 2026

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on June 11, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2